AO 455(Rev. 2/99)Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.                                              **WAIVER OF INDICTMENT**

WILLIAM F. SORIN,
                                     CASE NUMBER: 06-CR-723 (NGG)

I, <u>WILLIAM F. SORIN</u>, the above named defendant, who is accused of

    Conspiracy to commit securities fraud, mail fraud and wire fraud,
    in violation of 18 U.S.C. § 371,

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on <u>November 2, 2006</u>
                                                              Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
WILLIAM F. SORIN
Defendant

_____
James Brochin, Esq.
Counsel for Defendant

Before  _____/signed/_____
The Honorable Nicholas G. Garaufis
United States District Judge