*90 minutes*

<u>CRIMINAL CAUSE FOR SENTENCING</u>

BEFORE JUDGE: <u>GARAUFIS</u>   DATE: <u>5/10/07</u>   TIME: <u>10:00 AM</u>

DOCKET NUMBER: <u>06-CR-723</u>   TITLE: <u>USA - SORIN</u>

DEFT. NAME <u>WILLIAM F. SORIN</u>   DFT. #: _____
<u>X</u> PRESENT, ___ NOT PRESENT,   CUSTODY   <u>X</u> ON BAIL

ATTY FOR DEFT.: <u>PAUL SHECHTMAN</u>
___CJA
<u>X</u> PRESENT, ___ NOT PRESENT   ___RET
___PDA

DEFT. NAME: _____ DFT. #: _____
___PRESENT, ___NOT PRESENT, ___IN CUSTODY, ___ON BAIL

ATTY FOR DEFT.: _____   ___CJA
___PRESENT, ___NOT PRESENT   ___RET
DEFT. NAME: _____ ___IN CUSTODY   ___PDA
ATTY FOR DEFT. _____ ___NOT PRESENT

A.U.S.A.: <u>ILENE JAROSLAW</u>

DEPUTY CLERK: <u>JOSEPH RECCOPPA</u>

COURT REPORTER(S) OR ESR OPERATOR: <u>MICKEY BRYMER</u>

INTERPRETER(S): _____   OTHER: _____

Docket clerks: Enter all information under KCE, then enter other vital event names as needed.

OTHER: <u>SEE JUDGMENT</u>